IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA, DAVE HEINEMAN, Governor of the State of Nebraska, in his official capacity only, CHRISTINE PETERSON, Chief Executive Officer, Nebraska Department of Health and Human Services, in her official capacity only, JOHN WYVILL, Director, Division of Developmental Disabilities, Nebraska Department of Health and Human Services, in his official capacity only, and RON STEGEMANN, Chief Executive Officer, Beatrice State Developmental Center, in his official capacity only, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

For good cause shown, and in consideration of the United States' Motion for Leave to Withdraw Counsel, Grace Chung Becker, the Court hereby GRANTS the Motion, filing no. 26.

DATED this 20th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge