IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, The, | ) | ORDER |
| DAVE HEINEMAN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the motions to withdraw Jodi M. Fenner, (filing no. 37), and Mark A. Ludwig, (filing no. 38), as counsel of record for the defendants, are granted.

    DATED this 17th day of August, 2009.

                                                 BY THE COURT:

                                                 *Richard G. Kopf*
                                                 United States District Judge