THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE STATE OF NEBRASKA; DAVE HEINEMAN, Governor of the State of Nebraska, in his official capacity only; CHRISTINE PETERSON, Chief Executive Officer, Nebraska Department of Health and Human Services, in her official capacity only; JOHN WYVILL, Director, Division of Developmental Disabilities, Nebraska Department of Health and Human Services, in his official capacity only; RON STEGEMANN, Chief Executive Officer, Beatrice State Developmental Center, in his official capacity only, | ) | |
| | ) | |
| Defendants. | ) | |

Independent expert John J. McGee, Ph.D., has filed a letter (filing 57) with the court requesting additional time within which to submit supporting documentation for his reimbursement requests (filings 49, 50, 51, 52, 53, 54), which were filed on behalf of various consultants. Yesterday the court issued an order (filing 56) allowing Dr. McGee to submit such documentation on or before April 29, 2010. Pursuant to Dr. McGee's request, I shall extend the deadline to May 4, 2010.

Accordingly,

IT IS ORDERED:

1.  On or before May 4, 2010, independent expert John J. McGee, Ph.D., shall file with the court additional documentation supporting his requests for reimbursement. Specifically, Dr. McGee should file the documentation characterized as insufficient in the State's objection to Dr. McGee's reimbursement requests, if such documentation is available. (Filing 55.)

2.  The motions for reimbursement (filings 49, 50, 51, 52, 53, 54) filed by independent expert John J. McGee, Ph.D., shall be held in abeyance until May 4, 2010, at which time the motions shall be deemed submitted for disposition.

3.  The Clerk of Court shall ensure that John J. McGee, Ph.D., receives a copy of this memorandum and order, as well as the court's memorandum and order dated April 13, 2010. (Filing 56.)

DATED this 14th day of April, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge