THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE STATE OF NEBRASKA; | ) | |
| DAVE HEINEMAN, Governor | ) | |
| of the State of Nebraska, in his | ) | |
| official capacity only; CHRISTINE | ) | |
| PETERSON, Chief Executive | ) | |
| Officer, Nebraska Department | ) | |
| of Health and Human Services, | ) | |
| in her official capacity only; JOHN | ) | |
| WYVILL, Director, Division of | ) | |
| Developmental Disabilities, | ) | |
| Nebraska Department of Health | ) | |
| and Human Services, in his official | ) | |
| capacity only; RON STEGEMANN, | ) | |
| Chief Executive Officer, Beatrice | ) | |
| State Developmental Center, in his | ) | |
| official capacity only, | ) | |
| | ) | |
| Defendants. | ) | |

This case was closed after judgment was entered pursuant to a settlement agreement between the parties (filing 10).  An order related to the settlement agreement states that "the undersigned retains continuing jurisdiction over this case and the parties to construe and enforce the settlement agreement."  (Filing 9, at 2.)

The parties' settlement agreement (filing 10) provides that "John J. McGee, Ph.D., shall be appointed as the Independent Expert to monitor the State's implementation of this Settlement Agreement," and that Dr. McGee "shall submit monthly statements to the Court . . . detailing all expenses the Independent Expert

incurred during the prior month." (Filing 10, at 4-5.) The agreement also permits payment to consultants who assist the independent expert.[1] The agreement allows parties seven business days from receipt of the independent expert's monthly statements to file any comments or objections regarding the statements. (Filing 10, at 6.) After such comments or objections are submitted, the court is to review the matter and "order the clerk to make the appropriate payments" to the independent expert.

On March 24, 2010, independent expert John J. McGee, Ph.D., filed motions for reimbursement for professional services and expenses incurred by various consultants in the total amount of $68,054.05—$5,134.59 incurred by consultant John Williams[2] during January to May 2009 (filing 49); $2,400.00 incurred by consultant John Williams during June and July 2009 (filing 50); $23,221.44 incurred by consultant Marge Brown[3] of Life Project Consulting, LLC, during January to May 2009 (filing 51); $7,944.59 incurred by consultant Marge Brown during June and July 2009 (filing 52); $22,196.09 incurred by Macomb-Oakland Regional Center, Inc.,[4] from January to May 2009 (filing 53); and $7,157.34 incurred by Macomb-Oakland

---

[1] "The cost of the Independent Expert, including the cost of any consultant to assist the Independent Expert, shall be borne by the State in this action. All reasonable expenses incurred by . . . any consultant, in the course of the performance of the duties of the Independent Expert . . . shall be reimbursed by the State." (Filing 10, at 5.)

[2] The independent expert represents that Mr. Williams "assisted the IE in the evaluation of programs and services rendered by the State of Nebraska for citizens housed at the Beatrice State Developmental Center and/or in community programs." (Filing 49, at 1.)

[3] The independent expert represents that Marge Brown performed the same function as Mr. Williams. (Filing 51, at 1.)

[4] The independent expert represents that the Macomb-Oakland Regional Center, Inc., performed the same function as Mr. Williams and Ms. Brown. (Filing 53, at 1.)

Regional Center, Inc., during June and July 2009 (filing 54).

On April 2, 2010, the State of Nebraska filed objections to $7,135.83 of the $68,054.05 requested due to lack of supporting receipts.  (Filing 55.)  On May 3, 2010, the independent expert filed many of the missing receipts and, because some documentation was unavailable, the independent expert reduced his reimbursement requests and filed amended motions for reimbursement.  (Filings 60, 61, 62.)  The independent expert's revised requests for reimbursement are as follows: $30,314.76 incurred by Marge Brown of Life Project Consulting, LLC, during January to July 2009 (filing 60); $29,313.71 incurred by Macomb-Oakland Regional Center, Inc., during January to July 2009 (filing 61); and $7,200.00 incurred by consultant John Williams during January to July 2009 (filing 62).

Pursuant to the terms of the parties' settlement agreement, I shall grant the State of Nebraska seven business days, or until May 14, 2010, to file any comments or objections regarding the independent expert's revised requests, after which I shall review the matter and order the clerk to make the appropriate payments.

Accordingly,

IT IS ORDERED:

1.      The motions for reimbursement (filings 49, 50, 51, 52, 53, 54) filed by independent expert John J. McGee, Ph.D., shall be denied as moot for the reason that the independent expert has filed amended motions for reimbursement (filings 60, 61, 62); however, the supporting documentation that was submitted with the now-moot motions (filings 49, 50, 51, 52, 53, 54)  shall be considered in the court's review of the independent expert's amended motions for reimbursement (filings 60, 61, 62);

2.      The State of Nebraska shall file any desired comments or objections to

3

the independent expert's amended motions for reimbursement (filings 60, 61, 62) on or before May 14, 2010, after which the pending motions shall be deemed submitted for decision.

DATED this 6th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge