THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE STATE OF NEBRASKA; | ) | |
| DAVE HEINEMAN, Governor | ) | |
| of the State of Nebraska, in his | ) | |
| official capacity only; CHRISTINE | ) | |
| PETERSON, Chief Executive | ) | |
| Officer, Nebraska Department | ) | |
| of Health and Human Services, | ) | |
| in her official capacity only; JOHN | ) | |
| WYVILL, Director, Division of | ) | |
| Developmental Disabilities, | ) | |
| Nebraska Department of Health | ) | |
| and Human Services, in his official | ) | |
| capacity only; RON STEGEMANN, | ) | |
| Chief Executive Officer, Beatrice | ) | |
| State Developmental Center, in his | ) | |
| official capacity only, | ) | |
| | ) | |
| Defendants. | ) | |

Following the State's objections to the reimbursement requests of former independent expert John J. McGee, Ph.D., due to inadequate supporting documentation (filing 55), Dr. McGee filed amended motions for reimbursement (filings 60, 61, 62.) The independent expert's revised requests for reimbursement are as follows: $30,314.76 incurred by Marge Brown of Life Project Consulting, LLC, during January to July 2009 (filing 60); $29,313.71 incurred by Macomb-Oakland Regional Center, Inc., during January to July 2009 (filing 61); and $7,200.00 incurred by consultant John Williams during January to July 2009 (filing 62).

After more objections from the State of Nebraska (filing 64) regarding Dr. McGee's revised reimbursement requests, Dr. McGee filed a "response" with the court (filing 66) indicating that he "accept[s] the State of Nebraska's objections and agree[s] to accept the

State's undisputed amounts." Therefore, I shall grant in part Dr. McGee's amended motions for reimbursement in the following amounts: $30,273.37 incurred by Marge Brown of Life Project Consulting, LLC, during January to July 2009; $26,685.65 incurred by Macomb-Oakland Regional Center, Inc., during January to July 2009; and $7,200.00 incurred by consultant John Williams during January to July 2009.

Accordingly,

IT IS ORDERED:

1. The amended motions for reimbursement (filings 60, 61, 62) are granted in part, and within 10 days of the date of this order, the Clerk of the United States District Court for the District of Nebraska shall disburse funds for the consulting services and expenses of Marge Brown of Life Project Consulting, LLC, in the amount of $30,273.37; Macomb-Oakland Regional Center, Inc., in the amount of $26,685.65; and consultant John Williams in the amount of $7,200.00. Such payments should be sent to the following addresses:

> Marge Brown
> Life Project Consulting, LLC
> 545 Woodside Avenue
> Berwyn, Pennsylvania 19312
>
> Macomb-Oakland Regional Center, Inc.
> 16200 19 Mile Road, P.O. Box 380710
> Clinton Township, Michigan 48038
>
> John Williams
> 1103 South Main
> Royal Oak, Michigan 48067

2. Such funds shall be paid from the interest-bearing account set up by the Clerk of Court pursuant to this court's prior order (filing 9).

3. As provided in this court's prior order (filing 9), the "Clerk is authorized to

deduct from any monies deposited with the Clerk a fee of 10% of the interest earned each time funds are disbursed."

4.     As provided in the parties' settlement agreement (filing 10, at 6), and within 45 days of the date of this order, the defendants shall replenish the above-described interest-bearing account with the full amount paid by the Clerk of Court to the above-named consultants in order to restore the account's total to $100,000.00.

5.     The objections filed by the State of Nebraska (filings 55, 64) are granted to the extent that Dr. McGee's original reimbursement requests (filings 49, 50, 51, 52, 53, 54, 60, 61, 62) were not granted in the full amount requested; such objections (filings 55, 64) are otherwise denied.

DATED this 26th day of May, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

3