THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE STATE OF NEBRASKA; DAVE HEINEMAN, Governor of the State of Nebraska, in his official capacity only; CHRISTINE PETERSON, Chief Executive Officer, Nebraska Department of Health and Human Services, in her official capacity only; JOHN WYVILL, Director, Division of Developmental Disabilities, Nebraska Department of Health and Human Services, in his official capacity only; RON STEGEMANN, Chief Executive Officer, Beatrice State Developmental Center, in his official capacity only, | ) | |
| Defendants. | ) | |

This case was closed after judgment was entered pursuant to a settlement agreement between the parties (filing 10). An order related to the settlement agreement states that "the undersigned retains continuing jurisdiction over this case and the parties to construe and enforce the settlement agreement." (Filing 9, at 2.) The parties' settlement agreement (filing 10) provides for the appointment of an independent expert "to monitor the State's implementation of this Settlement Agreement." The last independent expert of record is Maria E. Laurence.

The court notes that there has been no activity regarding the independent expert since September 2013, although the Clerk of Court is still maintaining the interest-

bearing account used for reimbursement of the independent expert's fees and costs. Accordingly, I shall order the parties to advise the court of the status of this matter and the necessity of retaining the interest-bearing account.

IT IS ORDERED that, on or before October 20, 2014, counsel for the parties shall file a joint status report regarding the status of this matter, particularly the necessity of retaining the interest-bearing account maintained by the Clerk of Court.

DATED this 6th day of October, 2014.

BY THE COURT:

s/*Richard G. Kopf*
Senior United States District Judge