IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV271 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| STATE OF NEBRASKA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Pursuant to the order entered this date pursuant to Fed. R. Civ. P. 60(b)(5) terminating the parties' settlement agreement, which constituted a judgment in this case (filings 9 & 10), and granting the parties' Joint Motion to Dismiss (filing 114), this matter is dismissed with prejudice.

    DATED this 3rd day of August, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge